IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| HOSEA GRIFFIN, | : |
| Petitioner | : |
| v. | : CASE NO. 5:07-CV-25 (HL) |
| ROSE WILLIAMS, | : |
| Respondent | : |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 13) filed May 2, 2007 has been read and considered and is, hereby, approved, adopted and made the Order of the Court. The Respondent's Motion to Dismiss is granted and the Petitioner's Habeas Corpus petition is hereby dismissed without prejudice.

No objections have been filed to the Magistrate Judge's Recommendation.

**SO ORDERED,** this the 23rd day of May, 2007.

*s/ Hugh Lawson*
HUGH LAWSON, Judge
United States District Court